(January 19, 1962)

In decisions Nos. 1–8: Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ (A) In the Matter of the Claim of JOANN SKINNER, Appellant, v. TOBIN PACKING CO., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of ISAAC SOLNOITZ, Respondent, v. COOK 'N BULL CAFE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Appeals dismissed unless appellants shall file and serve records, briefs and notes of issue for the March 1962 Term on or before February 26, 1962 in which event motions denied.

■ In the Matter of the Claim of NORMAN BRANDMARK, Appellant, v. FRENAT SERVICE CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal dismissed unless appellant shall file and serve record, brief and note of issue for the May 1962 Term on or before March 30, 1962 in which event motion is denied.

■ (A) In the Matter of the Claim of CALVIN HOWELL, Appellant, v. CAMBIES TRUCKING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of ELI S. JOVICH, Appellant, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— (C) In the Matter of the Claim of HARRY MOMBERGER, Appellant, v. PENN POST HOTEL CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of the Claim of CLARA GUNTHER, Appellant, v. LAWRENCE FORMAN, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of CIRO CACCAVALLO, Appellant, v. C. J. CACCAVALLO & SON, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS GELAC BROWN, Appellant.— Time to perfect appeal extended 90 days.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH P. J. WINTER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JOSEPH RYAN, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND CARABALLO, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ In the Matter of the Claim of RAY P. GROW, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Decision of November 16, 1961, and order entered thereon November 24, 1961, amended to read as follows: Motion to dismiss appeal granted unless appellant shall file and serve record, brief and note of issue for the September 1962 Term on or before August 1, 1962, in which event motion denied.

■ In the Matter of the Claim of VICTOR GALLESSICH, Appellant, v. S. A. SCHONBRUNN AND COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss cross appeals denied, without costs.